**Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00708-CV
_____

**THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS,**
**Appellant**

**V.**

**ZACHRY CONSTRUCTION CORPORATION, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-72970**

---

## ORDER

On remand, the parties have filed motions for supplemental briefing and oral argument. Appellant's motion is granted. Appellee's motion is denied.

Accordingly, we order the following:

a. Port's supplemental brief of appellant (15,000 words) to be filed March 13, 2015;

b. Zachry's supplemental brief of appellee (15,000 words) to be filed March 30, 2015; and

c. Port's supplemental reply brief (7,500 words) to be filed April 15, 2015.

Oral argument will be scheduled after all briefing is received.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and McCally.